**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MARGARET LYONS and WILLIAM LYONS,<br><br>      **Plaintiffs,**<br><br>      **v.**<br><br>NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES, *et al.,*<br><br>      **Defendants.** | Civil Action No. 24-3040 (JEB) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendants' [7], [15], [21], [25], [28], [54], [56], [59], [66], and [72] Motions to Dismiss are GRANTED; and

2. The case is DISMISSED WITHOUT PREJUDICE.


/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: January 10, 2025